1:21MJ2348

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Todd F. Springer, a Special Agent with the Department of Veterans Affairs, Office of

Inspector General, Criminal Investigations Division (VA OIG CID), being first duly sworn,

hereby depose and state as follows:

## INTRODUCTION

1.      I have been employed as a Special Agent of the VA OIG CID since July 2010.  I

have worked as Federal Agent with other Federal agencies since May 2001, including the

Internal Revenue Service, Criminal Investigation and the U.S. Postal Service.  During my tenure

as a Federal law enforcement officer, I have investigated a range of state and federal criminal

violations, including those involving white-collar crime, violent crime, drug trafficking and

crimes against children.  Since 2001, I have received training and have experience in

interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant

applications, and various other investigation techniques.

2.      I make this affidavit in support of an application for a criminal complaint and

arrest warrant for Patrick ROSE for a violation of Title 18 U.S.C. §§ 115(a)(1)(B) and (b)(4).

The facts in this affidavit come from my personal observations, my training and experience, and

information obtained from other law enforcement officers and witnesses.

3.      This affidavit is intended to show there is sufficient probable cause for the charges in the complaint and does not set forth all of my knowledge about this matter.  I have set forth only the facts I believe are necessary to establish probable cause that ROSE has committed a violation of Title 18 U.S.C. §§ 115(a)(1)(B) and (b)(4).

## STATUTORY AUTHORITY

4.      This investigation concerns alleged violations of Title 18 U.S.C. §§ 115(a)(1)(B) and (b)(4), Threats against a Federal Employee.

## BACKGROUND OF INVESTIGATION

5.      On October 6, 2021, the Cleveland VA Medical Center (VAMC) Police Department notified me that Air Force veteran ROSE left a voicemail message on a phone at Mansfield VA Community Based Outpatient Clinic (CBOC) threatening to kill VA employee P.G..[1]

6.      On October 6, 2021, I responded the Mansfield VA CBOC and interviewed VA Mental Health Nurse L.B.[2], who received the voicemail message from ROSE.  L.B. stated all mental health incoming calls at the Mansfield CBOC are triaged through her.  L.B. played the voicemail from ROSE from October 6, 2021 at 10:51 a.m. for me.  I heard ROSE state: "this is ROSE, R-O-S-E, 4455, if that fricking b---h P[] whatever her f-----g name is, G[] or f-----g W[] or something f-----g stupid f-----g name, if she cuts me off of diazepam I'm going to f-----g kill her and then myself.  She better f-----g redo that f-----g script cause I'm f-----g done man.  You f-

_____

[1] The true identity of P.G. is known to me but is redacted herein to protect P.G.'s privacy.
[2] The true identity of L.B. is known to me but is redacted herein to protect L.B.'s privacy.

----g idiots are f-----g dumb.  I'm telling you man, you better f-----g get it done.  419-571-XXXX.  ROSE, Patrick J., f-----g one pissed off f-----g dude man.  Get that f-----g thing refilled.  D----t, and I ain't f-----g s------g you.  She's dead man, she's dead!  She's toast, I'll eliminate her whole family."  After listening to the voicemail, L.B. alerted the nurse manager.

7.      On October 6, 2021, I interviewed Mansfield CBOC Clinical Pharmacy Specialist in Psychiatry P.G., who is a care provider for ROSE.  P.G. explained she saw ROSE at the Mansfield CBOC for a medical appointment on October 4, 2021.  At the appointment, ROSE asked to have his Diazepam prescription refilled.  P.G. told ROSE she was not going to continue the prescription.  ROSE became upset because he claimed the Diazepam helped treat his pain.  ROSE told P.G. she needed to get him into a pain clinic or he was going to "shoot somebody."  ROSE then abruptly left P.G.'s office, and P.G. filed a disruptive behavior report about the incident.  On October 6, 2021, P.G. was notified about the threatening voicemail described above.  P.G. does not have any children but is married and displayed her wedding ring on her finger during the appointment with ROSE on October 4, 2021.  After listening to the voicemail left by ROSE on October 6, 2021 at 10:51 a.m., P.G. related to me that she felt threatened by ROSE's statements and confirmed she wants to pursue criminal charges.

8.      Diazepam, brand name Valium, is a schedule IV controlled substance, under the drug class benzodiazepines.  It's used to treat anxiety disorders, alcohol withdrawal symptoms, and muscle spasms/stiffness.

9.      On October 6, 2021, a VA physician signed an application for emergency admission for ROSE.

10.      On October 6, 2021, Mansfield Police Officers, VA Police Lieutenant Joshua Bauman and I went to ROSE's apartment in Mansfield, OH.  After initially resisting arrest,

3

ROSE was taken into custody by the Mansfield Police Department pursuant to an application for emergency admission for in-patient mental health treatment pursuant to Ohio Revised Code 5122.01 and 5122.10 because he posed a substantial risk of physical harm to himself and others.

11.     On October 6, 2021, after ROSE was detained, I orally advised him of his Miranda Rights and ROSE invoked his right to remain silent.  After initially refusing to make a statement, ROSE informed me he wanted to make a statement.  I again orally advised ROSE of his Miranda Rights.  ROSE stated he's sorry for the voicemail.  ROSE does not intend to harm anyone else or himself.  ROSE was upset because he's been out of diazepam for five days and P.G. would not prescribe it.  ROSE admitted he was being "stupid" when he stated he was going to kill P.G..  ROSE explained that he understood it was wrong to leave threatening voicemail messages.

12.     On October 6, 2021, pursuant to the application for emergency admission, ROSE was transported from his residence to the Ohio Health Emergency Room in Mansfield, Ohio by the Mansfield Police Department.

## **CONCLUSION**

13.     Based on the aforementioned factual information, I respectfully submit there is probable cause to believe that ROSE, committed the offense charged in the complaint, Title 18 U.S.C. §§ 115(a)(1)(B) and (b)(4), Threats Against a Federal Employee.

14.     I respectfully request the complaint be authorized based on this affidavit and the issuance of a warrant for the arrest of ROSE.

Respectfully submitted,

Todd F. Springer
Special Agent
Department of Veterans Affairs, OIG CID

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on the 7th of October, 2021.

David A. Ruiz
UNITED STATES MAGISTRATE JUDGE